# ELECTRONIC RECORD

COA #    03-13-00206-CR                    OFFENSE:    22.021

STYLE:    Rodolfo Cisneros v. The State of Texas        COUNTY:    Hays

COA DISPOSITION:    Modified and, as Modified, Affirmed        TRIAL COURT:    428th District Court

DATE: 3/12/15            Publish: NO    TC CASE #:    CR-12-0432

# IN THE COURT OF CRIMINAL APPEALS

6**75-15** 6**76-15**
6**77-15** 6**78-15**

STYLE:    Rodolfo Cisneros v. The State of Texas

_____ _APPELLANT'S_ _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_refused_

DATE: July 29, 2015

JUDGE: PC; Harvey J. not participating

CCA #:    6**77-15** 6**78-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD